# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| StampJr, Frederick P. | USDC/Northern West Virginia | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 791
Wheeling, WV 26003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | 2013 | Self-Employed Jewelry Manufacturing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | C | Dividend | L | T | | | | | |
| 2. Alps ETF Tr Alerian MLP | D | Dividend | M | T | | | | | |
| 3. Automatic Data Processing | E | Dividend | O | T | | | | | |
| 4. JP Morgan Chase & Co | E | Dividend | O | T | Sold (part) | 09/04/13 | L | F | |
| 5. Bristol Myers Squibb Co. | E | Dividend | O | T | Sold (part) | 09/04/13 | K | E | |
| 6. Coca-Cola Co | E | Dividend | O | T | | | | | |
| 7. Chevron Corp | D | Dividend | M | T | | | | | |
| 8. Conocophillips | D | Dividend | M | T | | | | | |
| 9. Dow Chemical Co | C | Dividend | M | T | | | | | |
| 10. EMC Corp Mass | C | Dividend | M | T | | | | | |
| 11. Exxon Mobil Corp Com | D | Dividend | O | T | | | | | |
| 12. Forum Funds Merk Hard Inst | B | Dividend | L | T | | | | | |
| 13. General Electric | E | Dividend | N | T | | | | | |
| 14. Google Inc | | None | N | T | | | | | |
| 15. Hazlett, Burt & Watson, Inc. | A | Int./Div. | O | T | | | | | |
| 16. Intel Corp | D | Dividend | M | T | | | | | |
| 17. Intercontinental Exchange Group | B | Dividend | L | T | Buy | 09/04/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/14/13 | J | A | |
| 19. Invesco Select Real Est Y | C | Dividend | L | T | | | | | |
| 20. PPG Corp | B | Dividend | M | T | | | | | |
| 21. Pimco M Real Return Strat I | B | Dividend | L | T | | | | | |
| 22. Wasatch Funds Inc 1st Source | | None | M | T | | | | | |
| 23. Zimmer Holdings | C | Dividend | O | T | | | | | |
| 24. 3M Company | C | Dividend | M | T | | | | | |
| 25. Century Properties V LP | | None | | | Closed | 08/31/13 | J | | |
| 26. Century Properties X LP | C | Rent | M | W | | | | | |
| 27. Century Properties XI LP | D | Rent | M | W | | | | | |
| 28. Century Properties XII LP | C | Rent | L | W | | | | | |
| 29. Century Properties XIV LP | D | Rent | L | W | | | | | |
| 30. Century Properties XV LP | D | Rent | M | W | | | | | |
| 31. Century Properties XVI LP | D | Rent | M | W | | | | | |
| 32. Century Properties XVIII LP | D | Rent | M | W | | | | | |
| 33. Century Properties XIX LP | D | Rent | M | W | | | | | |
| 34. Century Properties XX LP | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Century Properties XXIII | D | Rent | L | W | | | | | |
| 36. 1990 Fed L Tax Credit Partners | A | Interest | J | W | | | | | |
| 37. MFS WV Muni Bond Fund | E | Interest | O | T | | | | | |
| 38. American Century Mutuial Funds Inc Heritage (formerly Amer Cent Vista) | | None | M | T | | | | | |
| 39. T Rowe Price New Horizons | | None | N | T | Buy (add'l) | 12/16/13 | K | | |
| 40. Prime Fund Capital Reserves "C" | A | Interest | N | T | | | | | |
| 41. Air Products & Chemicals Inc | E | Dividend | O | T | | | | | |
| 42. Allergan Inc | A | Dividend | M | T | | | | | |
| 43. Apple Computer Inc | D | Dividend | O | T | | | | | |
| 44. CR Bard Inc | B | Dividend | N | T | | | | | |
| 45. Caterpillar | D | Dividend | M | T | | | | | |
| 46. Chubb Corp | B | Dividend | L | T | | | | | |
| 47. Walt Disney Co | D | Dividend | O | T | | | | | |
| 48. Home Depot | D | Dividend | O | T | | | | | |
| 49. Ishares TR Future Issues China (Xinhua Index) | D | Dividend | N | T | | | | | |
| 50. Ishares-TR MSCI Emerging Market Index Fund | C | Dividend | M | T | | | | | |
| 51. Microsoft | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYSE Euronext | C | Dividend | | | Sold | 11/13/13 | K | E | |
| 53. Paychex Inc | D | Dividend | M | T | | | | | |
| 54. Pepsico | D | Dividend | N | T | | | | | |
| 55. Pinnacle West Cap CP | C | Dividend | M | T | | | | | |
| 56. Proctor & Gamble Co. | D | Dividend | N | T | | | | | |
| 57. Roper Industries Inc | D | Dividend | O | T | Sold (part) | 09/04/13 | L | F | |
| 58. Royal Bank of Canada | A | Dividend | | | Sold | 05/23/13 | L | D | |
| 59. Schlumberger Ltd | C | Dividend | N | T | | | | | |
| 60. Varian Med Sys Inc | | None | N | T | | | | | |
| 61. Verizon Communications | C | Dividend | L | T | | | | | |
| 62. Walgreen Company | C | Dividend | M | T | | | | | |
| 63. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 64. Chase Bank accounts | A | Interest | J | T | | | | | |
| 65. WesBanco Bank Accounts | A | Interest | K | T | | | | | |
| 66. General Mills | A | Dividend | K | T | | | | | |
| 67. WesBanco | A | Dividend | J | T | | | | | |
| 68. Seabrook Island Charleston, SC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Riverview Assoc. | C | Rent | L | W | | | | | |
| 70. IRA #1 (Security National) | F | Dividend | P1 | T | | | | | |
| 71. Assets of IRA #1 listed as aggregate amount: | | | | | | | | | |
| 72. Federated Prime Obligations Fund | | | | | | | | | |
| 73. Amgen | | | | | | | | | |
| 74. Automatic Data Processing | | | | | | | | | |
| 75. Colgate Palmolive | | | | | | | | | |
| 76. IBM | | | | | | | | | |
| 77. Intel Corp | | | | | | | | | |
| 78. Ishares MSCI EM Mkt | | | | | | | | | |
| 79. Johnson & Johnson | | | | | | | | | |
| 80. BHP Billiton LTD | | | | | | | | | |
| 81. Chubb Corp | | | | | | | | | |
| 82. Cisco Systems Inc | | | | | | | | | |
| 83. Dominion Resources Inc | | | | | | | | | |
| 84. Home Depot Inc | | | | | | | | | |
| 85. Procter & Gamble Company | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pepsico Inc | | | | | | | | | |
| 87. PPG Inds Inc | | | | | | | | | |
| 88. Quest Diagnostics | | | | | | | | | |
| 89. General Electric Co. | | | | | | | | | |
| 90. Gilead Sciences Inc | | | | | Buy | 02/25/13 | J | | |
| 91. Kimberly Clark Corp | | | | | | | | | |
| 92. Microsoft | | | | | | | | | |
| 93. Omnicom Group | | | | | | | | | |
| 94. Schlumberger Ltd | | | | | | | | | |
| 95. AT&T Inc | | | | | | | | | |
| 96. Exxon Mobil Corp | | | | | | | | | |
| 97. Thermo Fisher | | | | | | | | | |
| 98. EMC Corporation | | | | | | | | | |
| 99. United Technologies | | | | | | | | | |
| 100. Verizon | | | | | | | | | |
| 101. Walt Disney Co | | | | | | | | | |
| 102. Trust #2 (Security National) | G | Dividend | P2 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Assets of Trust #2 listed as aggregate amount above | | | | | | | | | |
| 104. Federated Tax Free Obligations | | | | | | | | | |
| 105. Sterling WV Intermediate Tax Free Fund | | | | | | | | | |
| 106. ConocoPhillips | | | | | | | | | |
| 107. Caterpillar Inc | | | | | | | | | |
| 108. CR Bard | | | | | | | | | |
| 109. Intel Corp | | | | | | | | | |
| 110. IBM | | | | | | | | | |
| 111. Ishares MSCI Emerging Markets Index | | | | | | | | | |
| 112. Ishares TR S&P Small Cap 600 Growth | | | | | | | | | |
| 113. Ishares TR S&P Small Cap 600 Value | | | | | | | | | |
| 114. Johnson & Johnson | | | | | | | | | |
| 115. Kraft Foods | | | | | | | | | |
| 116. Mondelez Intl | | | | | | | | | |
| 117. Constellation Brands | | | | | | | | | |
| 118. Devon Energy | | | | | | | | | |
| 119. EMC Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Eaton Vance Floating Rate I | | | | | Buy | 09/12/13 | M | | |
| 121. Procter & Gamble Company | | | | | | | | | |
| 122. Duke Energy | | | | | | | | | |
| 123. Quest Diagnostics | | | | | | | | | |
| 124. Schlumberger LTD | | | | | | | | | |
| 125. Bristol-Myers Squibb Co. | | | | | | | | | |
| 126. Zimmer Holdings | | | | | | | | | |
| 127. 3M | | | | | | | | | |
| 128. Omnicom Group | | | | | | | | | |
| 129. Chevron Corp | | | | | | | | | |
| 130. Chubb Corp | | | | | | | | | |
| 131. Walt Disney Co | | | | | | | | | |
| 132. Wells Fargo | | | | | | | | | |
| 133. Weyerhaeuser Company | | | | | | | | | |
| 134. Target | | | | | | | | | |
| 135. Thermo Fisher | | | | | | | | | |
| 136. Altria Group Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Union Pacific Corp | | | | | | | | | |
| 138. United Technologies Corp | | | | | | | | | |
| 139. Verizon Communications | | | | | | | | | |
| 140. Abbott Labs | | | | | | | | | |
| 141. Abbvie (spinoff from line 140) | | | | | Spinoff (from line 140) | 01/09/13 | K | | |
| 142. Air Products & Chemicals | | | | | | | | | |
| 143. Apple Inc | | | | | | | | | |
| 144. Automatic Data Processing | | | | | | | | | |
| 145. AT&T | | | | | | | | | |
| 146. BHP Billiton LTD | | | | | Sold | 09/12/13 | M | F | |
| 147. Exxon Mobil Corp | | | | | | | | | |
| 148. General Mills Inc. | | | | | | | | | |
| 149. Gilead Sciences Inc | | | | | Buy | 03/19/13 | L | | |
| 150. Google Inc | | | | | | | | | |
| 151. Grainger WW Inc | | | | | | | | | |
| 152. Home Depot | | | | | | | | | |
| 153. Microsoft Corp Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Oracle Corp Com | | | | | | | | | |
| 155. Philip Morris Intl Inc | | | | | | | | | |
| 156. CVS | | | | | | | | | |
| 157. Trust #3 | G | Dividend | P1 | T | | | | | |
| 158. Assets of Trust #3 listed as aggregate amount above: | | | | | | | | | |
| 159. Aston FDS Tamro Small Cap Fd Cl 1 | | | | | Buy (add'l) | 01/08/13 | J | | |
| 160. AT&T | | | | | | | | | |
| 161. Abbott Labs | | | | | | | | | |
| 162. Abbvie (spinoff from 161) | | | | | Spinoff (from line 161) | 01/09/13 | K | | |
| 163. Air Products & Chemicals | | | | | | | | | |
| 164. Altria Group | | | | | | | | | |
| 165. Dominion Resources | | | | | | | | | |
| 166. EMC Corp | | | | | Sold | 05/16/13 | K | | |
| 167. EMC Corp | | | | | Buy | 07/01/13 | K | | |
| 168. Pepsico | | | | | | | | | |
| 169. Philip Morris Int'l Inc | | | | | | | | | |
| 170. Intel Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Genuine Parts Co. | | | | | | | | | |
| 172. Harbor Intl I | | | | | | | | | |
| 173. Manning & Napier World Opportunity Ser Cl A | | | | | Buy (add'l) | 12/23/13 | J | | |
| 174. Praxair Inc | | | | | | | | | |
| 175. Eaton Vance Floating Rate | | | | | Buy | 09/05/13 | K | | |
| 176. 3M Company | | | | | | | | | |
| 177. United Technologies | | | | | | | | | |
| 178. Yum Brands | | | | | | | | | |
| 179. Bristol-Myers Squibb | | | | | | | | | |
| 180. Canadian Nat'l Ry Co | | | | | | | | | |
| 181. Chubb Corp | | | | | | | | | |
| 182. Occidental Pete Corp | | | | | | | | | |
| 183. PPG Industries | | | | | | | | | |
| 184. Raytheon Corp | | | | | | | | | |
| 185. Wisconsin Energy Corp | | | | | | | | | |
| 186. Wells Fargo & Co | | | | | | | | | |
| 187. Entergy Corp New | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. General Electric Company | | | | | | | | | |
| 189. International Business Mach Corp | | | | | | | | | |
| 190. Ishares MSCI EM Mrkt | | | | | | | | | |
| 191. Ishares MSCI EAFE Index | | | | | | | | | |
| 192. Ishares Cohen & Steers Rlty | | | | | | | | | |
| 193. Ishares MSCI All CNTRY Asia Ex JP FD | | | | | | | | | |
| 194. Powershares DB Commodity Index | | | | | Sold | 09/04/13 | K | | |
| 195. Archer Daniels Midland | | | | | | | | | |
| 196. Eagle Ser Mid Cap Stock Fd Class I | | | | | Buy (add'l) | 12/30/13 | J | | |
| 197. Exxon Mobil Corp | | | | | | | | | |
| 198. Johnson & Johnson | | | | | | | | | |
| 199. Federated Tax-Free Obligation Fund | | | | | Buy (add'l) | 12/20/13 | J | | |
| 200. JPMorgan Intermed TaxFree Bond | | | | | Buy (add'l) | 12/17/13 | J | | |
| 201. JPMorgan Muni Income Fund | | | | | Buy (add'l) | 12/17/13 | J | | |
| 202. JPMorgan High Yield Bond Fund | | | | | Buy (add'l) | 12/17/13 | J | | |
| 203. JPMorgan Tr I Tax Aware Real Rtn Fd | | | | | | | | | |
| 204. Payden High Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Fidelity Advisor High Inc Adv | | | | | Buy (add'l) | 12/16/13 | J | | |
| 206. General Mills | | | | | | | | | |
| 207. Verizon | | | | | | | | | |
| 208. Home Depot | | | | | | | | | |
| 209. Microsoft Corp Com | | | | | | | | | |
| 210. Cisco Systems | | | | | | | | | |
| 211. Coca-Cola | | | | | | | | | |
| 212. Colgate Palmolive Co | | | | | | | | | |
| 213. Dodge & Cox Int'l Stock Fund | | | | | | | | | |
| 214. Trust #4 (Security National) | D | Dividend | N | T | | | | | |
| 215. Assets of Trust #4 listed as aggregate amount: | | | | | | | | | |
| 216. Federated Government Obligations Fund | | | | | | | | | |
| 217. 3M Co | | | | | | | | | |
| 218. AT&T | | | | | | | | | |
| 219. BHP Billiton LTD | | | | | Sold | 08/29/13 | J | D | |
| 220. Chevron | | | | | | | | | |
| 221. Duke Energy | | | | | Sold (part) | 02/19/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. General Electric | | | | | | | | | |
| 223. Abbott Labs | | | | | | | | | |
| 224. Abbvie (spinoff from 223) | | | | | Spinoff (from line 223) | 01/09/13 | J | | |
| 225. Colgate Palmolive | | | | | | | | | |
| 226. Conocophillips Corn | | | | | | | | | |
| 227. IBM | | | | | | | | | |
| 228. Intel Corp | | | | | | | | | |
| 229. Johnson & Johnson | | | | | | | | | |
| 230. Kimberly Clark Corp | | | | | | | | | |
| 231. Pepsico | | | | | | | | | |
| 232. Proctor & Gamble | | | | | | | | | |
| 233. Quest Diagnostics | | | | | | | | | |
| 234. Schlumberger | | | | | | | | | |
| 235. United Technologies | | | | | | | | | |
| 236. Verizon Communications | | | | | | | | | |
| 237. Walt Disney Co | | | | | | | | | |
| 238. Thermo Fisher | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. IRA #2 (HBW) | A | Interest | L | T | | | | | |
| 240. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 241. Powershares QQQ TR Unit Ser A | A | Dividend | K | T | | | | | |
| 242. S&P Depository Rec | A | Dividend | K | T | | | | | |
| 243. S&P Dow Jones Indl Avg EFT | A | Dividend | K | T | | | | | |
| 244. Prime Fund Capital Reserves "B" | A | Interest | M | T | | | | | |
| 245. Allegion Pub LTD Co (spinoff Ingersol Rand) | | None | K | T | Spinoff (from line 281) | 12/31/13 | K | | |
| 246. Allergan Inc | A | Dividend | M | T | | | | | |
| 247. Amazon.com Inc | | None | L | T | | | | | |
| 248. Caterpillar | C | Dividend | M | T | | | | | |
| 249. Coach Inc | D | Dividend | N | T | | | | | |
| 250. Coca Cola Inc | A | Dividend | K | T | | | | | |
| 251. Exxon Mobil Corp | D | Dividend | O | T | | | | | |
| 252. Home Depot | C | Dividend | N | T | | | | | |
| 253. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 254. IShares TR MSCI Emerging Mkt | B | Dividend | L | T | | | | | |
| 255. Lululemon Authentica Inc | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Microsoft Corp. | D | Dividend | N | T | | | | | |
| 257. Pepsico | D | Dividend | N | T | | | | | |
| 258. Pinnacle West Capital Corp | B | Dividend | L | T | | | | | |
| 259. PPG Industries | B | Dividend | M | T | | | | | |
| 260. Varian Med Svc Inc | | None | M | T | | | | | |
| 261. Walgreen Co | A | Dividend | K | T | | | | | |
| 262. Yum Brands Inc Com | C | Dividend | M | T | | | | | |
| 263. Zimmer Holdings | A | Dividend | L | T | | | | | |
| 264. 3M Company | B | Dividend | L | T | | | | | |
| 265. Alps ETF TR Alerian MLP | D | Dividend | M | T | | | | | |
| 266. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 267. AT&T | B | Dividend | K | T | | | | | |
| 268. JP Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 269. Bard CR Inc | A | Dividend | M | T | | | | | |
| 270. Bristol Myers Squibb | E | Dividend | O | T | | | | | |
| 271. Chevron Corporation | D | Dividend | M | T | | | | | |
| 272. Chubb Corp | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Colgate Palmolive Co | E | Dividend | O | T | | | | | |
| 274. Conocophillips | D | Dividend | M | T | | | | | |
| 275. EMC Corp | B | Dividend | M | T | | | | | |
| 276. General Electric | D | Dividend | M | T | | | | | |
| 277. Gilead Sciences Inc | | None | L | T | Buy | 05/16/13 | L | | |
| 278. Google Inc | | None | M | T | | | | | |
| 279. HBW Inc | A | Distribution | N | W | | | | | |
| 280. Occidental Petroleum Corp | D | Dividend | M | T | | | | | |
| 281. Ingersoll Rand Co | C | Dividend | M | T | | | | | |
| 282. Intel Corp | C | Dividend | M | T | | | | | |
| 283. Panera Bread Co Cl A | | None | N | T | | | | | |
| 284. Starbucks | D | Dividend | O | T | | | | | |
| 285. Roper Industries Inc | A | Dividend | K | T | | | | | |
| 286. Target Corp | C | Dividend | M | T | | | | | |
| 287. Thermo Fisher Scientific | A | Dividend | M | T | Buy (add'l) | 05/16/13 | K | | |
| 288. Verizon Communications | B | Dividend | K | T | | | | | |
| 289. Wesbanco | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Whole Foods Market Inc | C | Dividend | N | T | | | | | |
| 291. MFS WV Muni Bond Fd | E | Interest | O | T | | | | | |
| 292. Pimco M Real Return Strat I | B | Dividend | L | T | | | | | |
| 293. American Century Mutual Funds Inc Heritage (formerly Amer Cent Vista) | | None | M | T | | | | | |
| 294. Forum Funds Merk Hard Inst | B | Dividend | L | T | | | | | |
| 295. Invesco Select Real Est Y | D | Dividend | L | T | | | | | |
| 296. T Rowe Price New Horizons A | | None | N | T | Buy (add'l) | 12/16/13 | K | | |
| 297. Wasatch Funds Inc 1st Source Long-Short | | None | M | T | | | | | |
| 298. Trust #5 | D | Dividend | N | T | | | | | |
| 299. Assets of Trust #5 listed as aggregate amount above: | | | | | | | | | |
| 300. Federated Money Market US Treasury Cash Reserves | | | | | | | | | |
| 301. A&T | | | | | | | | | |
| 302. Cisco Systems | | | | | | | | | |
| 303. Conoco Phillips | | | | | | | | | |
| 304. Danaher | | | | | | | | | |
| 305. Eaton Corp PLC | | | | | | | | | |
| 306. Ensco Int'l | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. General Electric | | | | | | | | | |
| 308. Honeywell | | | | | | | | | |
| 309. Kinder Morgan Energy | | | | | | | | | |
| 310. Kohls | | | | | | | | | |
| 311. McDonalds | | | | | | | | | |
| 312. McKesson Corp | | | | | | | | | |
| 313. Oracle Systems | | | | | | | | | |
| 314. Phillips 66 | | | | | | | | | |
| 315. PPG Industries | | | | | | | | | |
| 316. Toronto Dominion Bank | | | | | | | | | |
| 317. Actavis (formerly Watson Pharmaceutical) | | | | | Sold (part) | 09/30/13 | K | E | |
| 318. Wells Fargo | | | | | | | | | |
| 319. WesMark Bond Fund #556 | | | | | Sold (part) | 07/01/13 | J | | |
| 320. | | | | | Sold (part) | 10/23/13 | J | | |
| 321. | | | | | Sold (part) | 12/31/13 | J | | |
| 322. Trust #6 | F | Dividend | P1 | T | | | | | |
| 323. Assets Of Trust #6 listed as aggregate above: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Federated Money Market US Treasury Reserves | | | | | | | | | |
| 325. AT&T | | | | | | | | | |
| 326. Apache | | | | | Sold | 12/09/13 | K | B | |
| 327. Apple Computer | | | | | | | | | |
| 328. Boeing Company | | | | | | | | | |
| 329. Bristol Myers Squibb | | | | | | | | | |
| 330. Cisco Systems | | | | | Sold (part) | 12/09/13 | K | A | |
| 331. Coca Cola Co | | | | | | | | | |
| 332. Commerce Bancshares | | | | | | | | | |
| 333. Conoco Phillips | | | | | | | | | |
| 334. Eaton Corp | | | | | | | | | |
| 335. Ensco Int'l Inc | | | | | | | | | |
| 336. Exxon Mobil | | | | | | | | | |
| 337. Nextera Energy | | | | | | | | | |
| 338. Federated Total Return Bond Fund | | | | | | | | | |
| 339. Fluor Corp | | | | | | | | | |
| 340. General Electric | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. General Mills | | | | | | | | | |
| 342. IBM | | | | | | | | | |
| 343. JP Morgan Chase & Co | | | | | | | | | |
| 344. Kinder Morgan Energy | | | | | | | | | |
| 345. Kohls | | | | | | | | | |
| 346. McDonalds | | | | | | | | | |
| 347. Mondelez Intl | | | | | | | | | |
| 348. Phillips 66 | | | | | | | | | |
| 349. PPG Industries | | | | | | | | | |
| 350. Precision Cast Parts | | | | | | | | | |
| 351. Qualcom Inc | | | | | | | | | |
| 352. Vanguard Emerging VIP | | | | | | | | | |
| 353. Actavis PLC (formerly Watson Pharmaceutical) | | | | | Sold (part) | 09/30/13 | L | E | |
| 354. WesMark Bond Fund #556 | | | | | | | | | |
| 355. Woodward Inc | | | | | | | | | |
| 356. Weatherford Intl | | | | | | | | | |
| 357. Trust #7 | G | Dividend | P2 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Assets of Trust #7 listed as aggregate amount above: | | | | | | | | | |
| 359. Wesmark WV Muni Bd Fnd #548 | | | | | Buy (add'l) | 07/10/13 | K | | |
| 360. Wesmark Small Co Growth Fd #391 | | | | | | | | | |
| 361. AT&T | | | | | | | | | |
| 362. Apple Computer | | | | | | | | | |
| 363. Artisan International Fd #661 | | | | | | | | | |
| 364. Artisan MidCap Fund Class I #962 | | | | | | | | | |
| 365. Automatic Data Processing | | | | | | | | | |
| 366. BP PLC | | | | | | | | | |
| 367. Bank of Hawaii | | | | | | | | | |
| 368. Boeing Co | | | | | | | | | |
| 369. BorgWarner Inc | | | | | Buy | 01/24/13 | L | | |
| 370. Bristol-Myers Squibb Co. | | | | | | | | | |
| 371. Canadian Nat Resources | | | | | Sold | 01/03/13 | J | | |
| 372. Celgene | | | | | | | | | |
| 373. Conoco Phillips | | | | | | | | | |
| 374. Chevron Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Cisco Systems | | | | | | | | | |
| 376. Costco | | | | | | | | | |
| 377. Deere & Co | | | | | | | | | |
| 378. Dow Chemical Co | | | | | | | | | |
| 379. EMC Corp | | | | | | | | | |
| 380. EOG Resources | | | | | | | | | |
| 381. Express Scripts | | | | | | | | | |
| 382. Eaton Corp | | | | | | | | | |
| 383. Federated Intercontinental Fund #176 | | | | | | | | | |
| 384. Fifth Third Bancorp | | | | | | | | | |
| 385. General Electric Co. | | | | | | | | | |
| 386. Google Inc | | | | | | | | | |
| 387. Home Depot | | | | | | | | | |
| 388. 3M | | | | | | | | | |
| 389. IBM | | | | | | | | | |
| 390. Invesco Intl Growth Fd Cl I | | | | | | | | | |
| 391. JP Morgan Chase | | | | | Sold | 01/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Mondelez International | | | | | | | | | |
| 393. Oracle Systems | | | | | | | | | |
| 394. PNC Financial Svc | | | | | Buy (add'l) | 12/09/13 | L | | |
| 395. Parker-Hannifin | | | | | | | | | |
| 396. Pepsico Inc | | | | | | | | | |
| 397. Petsmart Inc | | | | | Buy | 06/11/13 | L | | |
| 398. Phillips 66 | | | | | | | | | |
| 399. PPG Industries | | | | | Sold | 01/03/13 | J | | |
| 400. Proctor & Gamble Co | | | | | | | | | |
| 401. Qualcomm Inc | | | | | | | | | |
| 402. Texas Instruments Inc | | | | | | | | | |
| 403. Union Pacific Corp | | | | | Buy | 06/11/13 | M | | |
| 404. United Technologies | | | | | | | | | |
| 405. Actavis PLC (formerly Watson Pharmaceutical) | | | | | Sold | 06/11/13 | M | F | |
| 406. WesBanco, Inc. | | | | | | | | | |
| 407. Zimmer Holdings Inc | | | | | | | | | |
| 408. Trust #8 | G | Dividend | P2 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Assets of Trust #8 listed as aggregate amount above: | | | | | | | | | |
| 410. AT&T | | | | | | | | | |
| 411. Apple Computer | | | | | | | | | |
| 412. Artisan Midcap Fd Cl I #962 | | | | | | | | | |
| 413. Artisan International Fd #661 | | | | | | | | | |
| 414. Bank of Hawaii | | | | | | | | | |
| 415. Boeing Company | | | | | | | | | |
| 416. Borgwarner Inc. | | | | | | | | | |
| 417. Celgene | | | | | | | | | |
| 418. Chevron Corp | | | | | | | | | |
| 419. Cisco Systems | | | | | | | | | |
| 420. Conoco Phillips | | | | | | | | | |
| 421. Costco Wholesale Corp | | | | | | | | | |
| 422. Deere & Co | | | | | | | | | |
| 423. Dow Chemical | | | | | | | | | |
| 424. Eaton Corp | | | | | | | | | |
| 425. Express Scripts Hldg Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Exxon Mobil Corp | | | | | | | | | |
| 427. Federated Intercontinental #176 | | | | | | | | | |
| 428. General Electric Co common | | | | | | | | | |
| 429. Google | | | | | | | | | |
| 430. Home Depot | | | | | | | | | |
| 431. JP Morgan Chase | | | | | | | | | |
| 432. McKesson Corp | | | | | | | | | |
| 433. Mondelez Intl | | | | | | | | | |
| 434. 3M | | | | | | | | | |
| 435. Pepsico Inc common | | | | | | | | | |
| 436. Petsmart Inc | | | | | Buy | 06/11/13 | K | | |
| 437. Phillips 66 | | | | | | | | | |
| 438. PNC Financial | | | | | | | | | |
| 439. Proctor & Gamble | | | | | | | | | |
| 440. Rockwell Automation | | | | | | | | | |
| 441. Texas Instruments | | | | | | | | | |
| 442. Union Pacific Corp | | | | | Buy | 06/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. United Technologies Corp | | | | | | | | | |
| 444. Actavis, Inc (formerly Watson Pharmaceutical) | | | | | Sold | 06/11/13 | M | F | |
| 445. Wesbanco | | | | | | | | | |
| 446. Wesmark WV Muni Bond Fund #548 | | | | | Buy (add'l) | 07/10/13 | K | | |
| 447. WesMark Small Co Growth Fund #391 | | | | | | | | | |
| 448. EMC Corp | | | | | | | | | |
| 449. Trust #9 | E | Dividend | P1 | T | | | | | |
| 450. Assets of Trust #9 listed as aggregate amount above: | | | | | | | | | |
| 451. Apache | | | | | Sold | 06/11/13 | K | C | |
| 452. Apple Computer | | | | | | | | | |
| 453. Artisan International Fund #661 | | | | | | | | | |
| 454. Artisan MidCap Fund Cl I #962 | | | | | | | | | |
| 455. Boeing Co | | | | | | | | | |
| 456. Borgwarner Inc | | | | | | | | | |
| 457. Canadian Nat Resources | | | | | Sold | 01/03/13 | J | | |
| 458. Celgene | | | | | | | | | |
| 459. Conoco Phillips | | | | | Buy | 06/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Cisco Systems | | | | | Sold (part) | 06/11/13 | K | C | |
| 461. Costco Wholesale Corp | | | | | | | | | |
| 462. Covidien PLC | | | | | Buy | 06/11/13 | K | | |
| 463. Mallinckrodt PLC (spinoff #462) | | | | | Spinoff (from line 462) | 06/28/13 | J | | |
| 464. | | | | | Sold | 12/09/13 | J | A | |
| 465. Deere & Co | | | | | | | | | |
| 466. Dow Chemical Co | | | | | | | | | |
| 467. Eaton Vance Corp | | | | | | | | | |
| 468. Ensco Int'l | | | | | | | | | |
| 469. EOG Resources | | | | | | | | | |
| 470. Express Scripts Holding Co | | | | | | | | | |
| 471. Federated Intercontinental Fund #176 | | | | | | | | | |
| 472. Haliburton | | | | | | | | | |
| 473. Home Depot | | | | | | | | | |
| 474. JP Morgan Chase | | | | | | | | | |
| 475. Macys | | | | | | | | | |
| 476. Merck & Company | | | | | Buy | 06/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 39

Name of Person Reporting

StampJr, Frederick P.

Date of Report

05/13/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. Mondelez Intl | | | | | | | | | |
| 478. Nike Inc Class B | | | | | | | | | |
| 479. Paccar Inc | | | | | Sold | 01/03/13 | J | | |
| 480. PNC Financial Services | | | | | | | | | |
| 481. 3M | | | | | | | | | |
| 482. Pepsico | | | | | | | | | |
| 483. Petsmart | | | | | Buy | 06/11/13 | K | | |
| 484. Rio Tinto | | | | | Sold | 01/03/13 | J | | |
| 485. Splunk Inc | | | | | Buy | 06/11/13 | K | | |
| 486. Texas Instruments | | | | | | | | | |
| 487. Union Pacific Corp | | | | | Buy | 06/11/13 | K | | |
| 488. United Technologies | | | | | | | | | |
| 489. Watson Pharmaceutical | | | | | Sold | 06/11/13 | L | E | |
| 490. WesMark Growth Fund #549 | | | | | Sold | 01/03/13 | J | | |
| 491. WesMark WV Muni #548 | | | | | Buy (add'l) | 07/10/13 | K | | |
| 492. WesMark Small Co Growth Fund | | | | | | | | | |
| 493. WesBanco | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. EMC Corp | | | | | | | | | |
| 495. Trust #10 (Security National) | F | Dividend | P1 | T | | | | | |
| 496. Assets of Trust #10 listed as aggregate above | | | | | | | | | |
| 497. AT&T | | | | | | | | | |
| 498. Abbott Labs | | | | | | | | | |
| 499. Abbvie (spinoff from #498) | | | | | Spinoff (from line 498) | 01/09/13 | K | | |
| 500. Air Prods & Chems Inc | | | | | | | | | |
| 501. Apple Inc | | | | | | | | | |
| 502. Caterpillar Inc | | | | | | | | | |
| 503. Colgate Palmolive | | | | | | | | | |
| 504. Chubb Corp | | | | | | | | | |
| 505. Devon Energy | | | | | Sold (part) | 02/19/13 | K | D | |
| 506. Dominion Resources | | | | | | | | | |
| 507. Duke Energy Corp | | | | | Sold (part) | 02/19/13 | K | C | |
| 508. EMC Corp | | | | | | | | | |
| 509. Exxon Mobil | | | | | Sold (part) | 05/13/13 | J | D | |
| 510. General Electric | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Gilead Sciences Inc | | | | | Buy | 03/11/13 | K | | |
| 512. Home Depot | | | | | | | | | |
| 513. Intel | | | | | | | | | |
| 514. IBM | | | | | Sold (part) | 05/13/13 | K | D | |
| 515. Johnson & Johnson | | | | | | | | | |
| 516. Kimberly Clark | | | | | | | | | |
| 517. Federated Prime Obligations | | | | | | | | | |
| 518. Omnicom Gr | | | | | | | | | |
| 519. Oracle | | | | | | | | | |
| 520. Pepsico Inc | | | | | | | | | |
| 521. Proctor & Gamble | | | | | Sold (part) | 05/13/13 | J | D | |
| 522. PNC Financial Svcs Group | | | | | | | | | |
| 523. Quest Diagnostics | | | | | | | | | |
| 524. Thermo Fisher Scientific Inc | | | | | | | | | |
| 525. United Technologies | | | | | Sold (part) | 08/29/13 | J | D | |
| 526. Verizon Communications | | | | | | | | | |
| 527. Zimmer Holdings | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 39

Name of Person Reporting

StampJr, Frederick P.

Date of Report

05/13/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Trust #11 (Security Nat'l) | E | Int./Div. | P1 | T | | | | | |
| 529. Assets of Trust #11 listed as aggregate above | | | | | | | | | |
| 530. Federal Prime - Obligations | | | | | | | | | |
| 531. FHLB 3.375% due 2/27/13 | | | | | Matured | 02/27/13 | L | | |
| 532. FHLB 4.75% due 11/14/14 | | | | | | | | | |
| 533. Caterpillar Finl Note 4.25% due 2/15/13 | | | | | Matured | 02/15/13 | L | | |
| 534. Vanguard ST Investment Grade Fund | | | | | Buy | 03/11/13 | M | | |
| 535. AT&T | | | | | | | | | |
| 536. Abbott Labs | | | | | | | | | |
| 537. Abbvie (spinoff #536) | | | | | Spinoff (from line 536) | 01/09/13 | K | | |
| 538. Air Prods & Chems Inc | | | | | | | | | |
| 539. Apple Inc | | | | | | | | | |
| 540. Automatic Data Processing | | | | | | | | | |
| 541. BHP Billiton LTD | | | | | | | | | |
| 542. Bard CR Inc Com | | | | | | | | | |
| 543. CVS | | | | | | | | | |
| 544. Caterpillar Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | StampJr, Frederick P. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Chevron Corporation | | | | | | | | | |
| 546. Chubb Corp | | | | | Buy (add'l) | 07/15/13 | K | | |
| 547. Cisco | | | | | | | | | |
| 548. Colgate Palmolive | | | | | | | | | |
| 549. Conocophillips | | | | | Buy (add'l) | 01/03/13 | K | | |
| 550. Dow Chemical | | | | | | | | | |
| 551. Duke Energy | | | | | | | | | |
| 552. EMC Corp Mass | | | | | | | | | |
| 553. Exxon Mobil | | | | | | | | | |
| 554. Thermo Fisher | | | | | Buy | 07/15/13 | K | | |
| 555. General Electric Co | | | | | | | | | |
| 556. Gilead Sciences Inc | | | | | Buy | 03/11/13 | K | | |
| 557. | | | | | Buy (add'l) | 07/15/13 | K | | |
| 558. Home Depot | | | | | | | | | |
| 559. IBM | | | | | | | | | |
| 560. Intel Corp | | | | | | | | | |
| 561. Ishares MSCI Emerging Mkts | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

StampJr, Frederick P.

Date of Report

05/13/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Johnson & Johnson | | | | | Buy (add'l) | 01/03/13 | K | | |
| 563. Microsoft | | | | | | | | | |
| 564. Omnicom Group | | | | | | | | | |
| 565. Pepsico Inc | | | | | | | | | |
| 566. Phillips 66 | | | | | Sold | 01/03/13 | J | C | |
| 567. PPG Industries | | | | | | | | | |
| 568. Praxair | | | | | Buy | 07/15/13 | K | | |
| 569. Proctor & Gamble | | | | | | | | | |
| 570. Quest Diagnostics | | | | | | | | | |
| 571. Schlumberger Ltd | | | | | | | | | |
| 572. Target | | | | | Buy (add'l) | 01/03/13 | K | | |
| 573. 3M Com | | | | | | | | | |
| 574. United Technologies | | | | | | | | | |
| 575. Verizon Communications | | | | | | | | | |
| 576. Walgreen Co | | | | | Buy | 01/03/13 | K | | |
| 577. Zimmer Holdings | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Frederick P. StampJr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544